UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOMMY HO,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK GARLAND,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-1035 (CRC)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

    Plaintiff, Tommy Ho, and Defendant, Merrick Garland, submit this Joint Status Report pursuant to the Minute Order of this Court dated March 11, 2025.

    This matter was mediated before Magistrate Judge Faruqui on October 9, 2024, in conjunction with an earlier filed employment discrimination case, *Ho v. Garland*, 20-0912 (ACR). At the mediation, the parties reached a global settlement of the two pending actions. The parties have finalized a settlement agreement, and it has recently been signed by both parties.

    The parties request that they report to the Court regarding the status of the settlement in 60 days, on or before July 9, 2025, to advise the Court of the settlement, unless a stipulation of dismissal is filed before then.

Dated: May 9, 2025

                                                            Respectfully submitted,

                                                            EDWARD R. MARTIN, JR.
                                                            D.C. Bar No.481866
                                                           United States Attorney

                                                       By:      */s/Thomas W. Duffey*
                                                              THOMAS W. DUFFEY

- 2 -

Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

*Attorneys for the United States of America*


<u>/s/  Tommy Ho</u>
TOMMY HO
10 WEST Bay Street #454
Alhambra, CA 91802
626-233-2868
Hotah1@aol.com

*Pro Se Plaintiff*