UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOMMY HO,<br><br>      Plaintiff,<br><br>    v.<br><br>PAMELA J. BONDI,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-1035 (CRC)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 7, 2025

                                        Respectfully submitted,

                                        JEANINE FERRIS PIRRO
                                        United States Attorney

                                        By:      */s/Thomas W. Duffey*
                                                THOMAS W. DUFFEY
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, DC 20530
                                                (202) 252-2510
                                                Thomas.duffey@usdoj.gov

                                        *Attorneys for the United States of America*

                                        */s/ Tommy Ho (with authorization)*
                                        TOMMY HO
                                        10 WEST Bay Street #454
                                        Alhambra, CA 91802
                                        626-233-2868

- 2 -

Hotah1@aol.com

*Pro Se Plaintiff*

- 2 -